UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BERLINDA F. RIVERS,

    Plaintiff,

v.                                            CASE NO. 3:16cv333-MCR-CJK

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.
_____/

## **O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 15, 2017. ECF No. 17. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is **AFFIRMED** and plaintiff's application for Supplemental Security Income is **DENIED**.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of July, 2017.

*s/ M. Casey Rodgers*
 M. CASEY RODGERS
 CHIEF UNITED STATES DISTRICT JUDGE

Case No. 3:16cv333-MCR-CJK